DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE ELIZABETH CZYZ,**
Appellant,

v.

**MARK ELLIOT ZUCKERBERG, META PLATFORMS, INC.,** and
**BLOGGER, INC.,** et al,
Appellees.

No. 4D2025-1902

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 502024CA000996XXXAMB.

Catherine E. Czyz, Frankenmuth, Michigan, pro se.

Joseph Clay Coates, III, and Taylor Nicole Patton of Greenberg Traurig, LLP, West Palm Beach, and Diana Marie Fassbender and Elise Baranouski of Orrick, Herrington & Sutcliffe LLP, Washington, DC, for appellees Mark Elliot Zuckerberg and Meta Platforms, Inc.

Bretton C. Albrecht of Kubicki Draper, P.A., Fort Lauderdale, for appellee Blogger, Inc.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*   \*   \*

***Not final until disposition of timely-filed motion for rehearing.***